IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FRANCISCO SERNA AND AJHALEI SNODDY, | § § | |
| PLAINTIFFS, | § § | |
| V. | § | CAUSE NO. 1:21-CV-939-LY |
| | § | |
| CITY OF COLORADO SPRINGS; EL PASO COUNTY; STATE OF COLORADO; FEDERAL HIGHWAY AGENCY; DAVE WATTS WITH THE COLORADO DEPARTMENT OF TRANSPORTATION; EL PASO COUNTY LOCAL AGENCY; COLORADO SPRINGS MAYOR SUTHERS; GOVERNOR POLIS; CITY OF COLORADO SPRINGS COUNCIL MEMBERS, | § § § § § § § § § § § § | |
| DEFENDANTS. | § | |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On this date, the court rendered an order dismissing Plaintiffs' claims against Defendants without prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _26th_ day of August, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE