# United States Court of Appeals
## for the Fifth Circuit



**Certified as a true copy and issued as the mandate on Dec 30, 2024**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

No. 24-50019
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit
**FILED**
November 7, 2024
Lyle W. Cayce
Clerk

Francisco Serna; Ajhalei Snoddy,

*Plaintiffs—Appellants,*

*versus*

City of Colorado Springs; Federal Highway Agency; State of Colorado; Jared Polis, *Governor, City of Colorado Springs*; El Paso County Local Agency; El Paso County Board Members; Colorado Department of Transportation; City of Colorado Springs Council Members; John Suthers, *Mayor, City of Colorado Springs*; El Paso County,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-939
_____

Before Jones, Dennis, and Southwick, *Circuit Judges.*

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

No. 24-50019

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellants pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.